ing an award of the State Industrial Board, made under the Workmen's Compensation Law. There was evidence that claimant's husband was struck in the back by an iron door causing injury from which he subsequently died. Appellant contended that there was neither timely notice of the accident or of death nor sufficient proof of the accident.

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of ANNIE L. WATSON, Respondent, against DAUM, ROGERS, SPRITZER Co., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — salesman in wholesale business injured while on way to employer's office, resulting in death.*

*Matter of Watson* v. *Daum, Rogers, Spritzer Co.*, 219 App. Div. 753, affirmed.

(Argued October 4, 1927; decided October 18, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1927, unanimously affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimant's husband, a salesman employed by a wholesale hosiery and underwear dealer, while on his way to his employer's office in the regular course of his employment, slipped on a piece of ice and falling sustained injuries resulting in his death.

*William B. Davis* and *E. C. Sherwood* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Title to Real Property for the Improvement of the Waterfront on Upper New York Bay between Simson Avenue, Clifton and Arrietta Streets, Tompkinsville, in the Borough of Richmond.

STATEN ISLAND RAILWAY COMPANY et al., Respondents and Appellants.

(Submitted October 10, 1927; decided October 18, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.　(See 246 N. Y. 1.)

---

ELLA MARTIN, an Infant, by STEPHEN J. MARTIN, Her Guardian ad Litem, Respondent, v. H. C. F. KOCH & Co., INC., Defendant.

FANNIE HOROVITZ, Appellant.

*Attorney and client — contract by guardian ad litem of infant to pay contingent fee — appeal from order allowing lesser amount.*

*Martin* v. *Koch & Co.,* 220 App. Div. 707, affirmed.

(Submitted October 5, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1927, which affirmed an order of Special Term fixing an attorney's fees in an action to recover damages for personal injuries sustained by an infant.　The guardian *ad litem* had entered into a contract to pay a contingent fee of forty per cent of any amount recovered.　Upon a recovery of $12,000 the court allowed the sum of $2,000 for counsel fees and disbursements.

*Samuel Deutsch* and *Fannie Horovitz* for appellant.

No one for respondent.